UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BERNAL,

Plaintiff,

v.

HARBOR WHOLESALE GROCERY INC.,

Defendant.

No. 2:26-cv-02197-DAD-JDP

ORDER SUBMITTING ACTION TO ARBITRATION AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION

(Doc. No. 8)

On July 17, 2026, the parties to this action filed a stipulation notifying the court that they have agreed to submit this matter to binding arbitration pursuant to the parties' Arbitration Agreement. (Doc. No. 8.) Pursuant to the stipulation, and good cause appearing, the court orders as follows:

1. This action shall be submitted to binding arbitration in accordance with the terms of the parties' Arbitration Agreement;
2. This action shall be STAYED pending arbitration, and all currently calendared dates in this action are VACATED; and

/////

/////

/////

3. The parties are directed to file a status report ninety (90) days following the issuance of this order and every ninety (90) days thereafter regarding the status of arbitration proceedings.

IT IS SO ORDERED.

Dated: **July 21, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE